# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE     12-26372-K

### AMENDED CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

**FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN**

DEBTOR: Jacquelyne Harper     SS# xxx-xx-3691

SS#

ADDRESS: 3801 Deerforest Drive, Memphis, TN 38115

PLAN PAYMENT: Debtor to pay $ 533.00    Weekly **Every Two Weeks** Semi-monthly Monthly

PAYROLL DEDUCTION: Osburn Hessey Logistics    OR ( ) DIRECT PAY

7101 Executive Center Drive    BECAUSE:

Brentwood, TN 37027    FIRST PAYMENT:

ADMINISTRATIVE: Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE: ( ) Not included in Plan (X) Included in Plan: 2005 Jeep Wrangler-$144.00

PAYMENT

CHILD SUPPORT:    Future Support through Plan to

Child Support Arrearage to

PRIORITY CREDITORS:

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| Citifinancial | ongoing payment begins | September 2012 | | | $ | 666.00 |
|---|---|---|---|---|---|---|
| | Approximate arrearage | 2228 | Interest | 0.00% | $ | 38.00 |
| | ongoing payment begins | | | | | |
| | Approximate arrearage | | Interest | | | |

**ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT**

| SECURED CREDITORS: (retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| Wells Fargo | $ 5,325.89 | 5.25% | $ 106.00 |
| City of Memphis Treasurer (property taxes) | $ 3,398.00 | 12.00% | $ 75.00 |
| Shelby County Trustee (property taxes) | $ 729.63 | 12.00% | $ 20.00 |

**Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as unsecured debts.** UNSECURED CREDITORS: Pay to be determined % of these claims after above claims are paid;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:             ;
TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.